

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00205-CR

**CHRISTOPHER JASON HALL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. 06-11-14071 BCCR

## O R D E R

The reporter's record in this proceeding was filed on October 3, 2014. Accordingly, appellant's motion for extension of time to file the reporter's record is dismissed as moot.

Because the record has been filed, appellant's brief is currently due November 3, 2014. Appellant's motion for extension of time to file his brief is granted. Accordingly, appellant's brief is due November 17, 2014.

PER CURIAM

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Motion dismissed as moot; motion granted
Order issued and filed October 30, 2014

